M.B.C., the Father of J.C. and D.C., Minor Children,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1234

Opinion filed August 5, 2014.

An appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

Donna J. Vincent, Office of Criminal Conflict & Civil Regional Counsel, Panama City,  and Crystal McBee Frusciante, Office of Criminal Conflict & Civil Regional Counsel, Tallahassee, for Appellant.

Dwight O. Slater, Appellate Counsel, Tallahassee, for Appellee; Kelley Schaeffer, Appellate Counsel, Guardian ad Litem Program, Sanford.

PER CURIAM.

AFFIRMED.

BENTON, CLARK, and OSTERHAUS, JJ., CONCUR.